IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MARIO CALDERON-BENTANCOURT,**

**Defendant.**                                                  **No. 05-CR-30096-DRH**

### ORDER

**HERNDON, District Judge:**

  Defendant has requested that this Court allow contact visits with his wife and three children (Doc. 17). While the Court is not opposed to contact visits and will allow said visits, the Court feels the U. S. Marshall Service and Tri-County Detention Facility, the agency currently housing the Defendant, is in the best position to evaluate the security risks attendant to this type of visit in relation to this Defendant. Likewise, the Tri-County Detention Facility knows better than this Court the physical limitations which characterize its facility and which may or may not contraindicate contact between inmates and persons from outside.

  Accordingly, the Court grants Defendant's motion for a contact visit contingent upon the U. S. Marshall's Service and the Tri-County Detention Facility finding, in the reasonable exercise of their discretion, that contact visits with this

Defendant can be physically accommodated without an unreasonable security risk.

**IT IS SO ORDERED.**

Signed this 19th day of August, 2005.

                                            <u>/s/    David RHerndon</u>
                                            **UNITED STATES DISTRICT JUDGE**