UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

    Plaintiff,

vs.

**Mario Calderon-Betancourt,**

    Defendant.

Case No.
3:05CR30096-001-DRH

## ORDER REMITTING FINE

This matter is before the Court on the Government's motion, pursuant to 18 U.S.C. § 3573, for remission of the unpaid portion of the fine imposed in this case (Doc #29). In the interest of justice, based upon the Government's showing that reasonable efforts to collect the fine are not likely to be effective, the Government's motion is **GRANTED**. Accordingly, the unpaid portion of the fine imposed against Defendant in the amount of **$500.00**, is **REMITTED** pursuant to 18 U.S.C. § 3573.

    IT IS SO ORDERED.

    DATED: January 14, 2011

David R. Herndon
2011.01.14
08:54:53 -06'00'

Chief Judge
United States District Court